Date:  September 16, 2011                                    Invoice No.: 11-203

**KAREN A. ELLEDGE**
Certified Court Reporter, #658
573-243-8883

Mr. John Albright
Moore, Walsh & Albright
433 N. Main, P. O. Box 610
Poplar Bluff, MO  63901

---

Coroner's Inquest, taken on February 26, 2008, in re:  **DEATH OF ZACHARY SNYDER**

1 cc . . . . . . . . . . . . . . . . . . . . . . . .     $    192.60

                                              TOTAL      $    192.60
                                            Postage      $    4.95
                                          TOTAL DUE      $    197.55

**PLEASE MAKE CHECK PAYABLE TO:**

**KAREN ELLEDGE**
194 Sunrise Drive
Jackson, MO  63755

**Social Security No. 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
THANK YOU.**


PLAINTIFF'S EXHIBIT 6

## Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

**Bill To:** John M Albright
Moore Walsh & Albright LLP
433 N Main Street
PO Box 610
Poplar Bluff, MO 63901

**Invoice #:** STL135542
**Invoice Date:** 10/20/2011
**Balance Due:** $ 882.85

**Case #:** 111CV24LMB

**Case:** Estate of Zachary Snyder et al v. Steven Randall Julian
**Job #:** 102477 | **Job Date:** 9/30/2011 | **Delivery:** Normal
**Billing Atty:** John M Albright
**Location:** Lowes and Drusch
2913 Independence | Cape Girardeau, MO 63703
**Sched Atty:** John M Albright | Moore Walsh & Albright LLP

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Gary McCord | Attendance - Hourly | Hour | 0.50 | $30.00 | $15.00 |
| 2 | Gary McCord | Transcript - Original & 1 copy | Page | 31.00 | $3.60 | $111.60 |
| 3 | Gary McCord | Jurat prep | 1 | 1.00 | $2.50 | $2.50 |
| 4 | Emily Smelser | Attendance - Hourly | Hour | 1.00 | $30.00 | $30.00 |
| 5 | Emily Smelser | Transcript - Original & 1 copy | Page | 80.00 | $4.10 | $328.00 |
| 6 | Emily Smelser | Jurat prep | 1 | 1.00 | $2.50 | $2.50 |
| 7 | Emily Smelser | Exhibit scanning | Per page | 38.00 | $0.35 | $13.30 |
| 8 | Emily Smelser | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 9 | Emily Smelser | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |

Make check payable to: National Depo

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**Invoice #:** STL135542
**Job #:** 102477
**Invoice Date:** 10/20/2011
**Balance : $ 882.85**

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Page 1 of 2

**PAULA D HEFNER**
CCR, CSR, RMR, CM, CRR
COURT REPORTING SERVICE
3310 DEERHAVEN DRIVE
POPLAR BLUFF MO 63901

# Invoice

| Date | Invoice # |
|---|---|
| 2/3/2012 | 2012033 |

| Bill To |
|---|
| STEPHEN E WALSH ESQ<br>MOORE WALSH & ALBRIGHT<br>ATTORNEYS AT LAW<br>433 NORTH MAIN STREET<br>POPLAR BLUFF MO 63901 |

#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

573-785-5433

| Description | Amount |
|---|---|
| USDC County Case No. 1:11CV24LMB; SNYDER, ET AL V. JULIAN | 0.00 |
| Taking and transcribing one original and one copy of the depositions of: MICHAEL MCGHEE AND RONALD MCROY. | 258.75 |
| Said depositions being taken in Dexter, Missouri on February 1, 2012. | 0.00T |
| Appearance Fee | 50.00 |
| Condensed transcript of testimony | 15.00 |
| Notary Fees | 4.00 |
| No Tax Due | 0.00 |

**THANK YOU!!**

| Total | $327.75 |
|---|---|

# Invoice

**PAULA D HEFNER**
CCR, CSR, RMR, CM, CRR
COURT REPORTING SERVICE
3310 DEERHAVEN DRIVE
POPLAR BLUFF MO 63901


cc: Amy

| Date | Invoice # |
|---|---|
| 3/16/2012 | 2012087 |

**Bill To**
STEPHEN E WALSH ESQ
MOORE WALSH & ALBRIGHT
ATTORNEYS AT LAW
433 NORTH MAIN STREET
POPLAR BLUFF MO 63901

#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

573-785-5433

| Description | Amount |
|---|---|
| USDC Case No. 1:11CV24LMB; ESTATE OF SNYDER, ET AL V. STEVEN JULIAN | 0.00 |
| Taking and transcribing one original and one copy of the deposition of: STEVEN JULIAN. | 277.50 |
| Said deposition being taken in Poplar Bluff, Missouri on March 14, 2012. | 0.00 |
| Appearance Fee | 50.00 |
| Condensed transcript of testimony | 15.00 |
| Notary Fees | 2.00 |
| No Tax Due | 0.00 |

**THANK YOU!!**

| Total | $344.50 |

## Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

**Bill To:** John M Albright
Moore Walsh & Albright LLP
433 N Main Street
PO Box 610
Poplar Bluff, MO 63901

**Invoice #:** STL144323
**Invoice Date:** 02/23/2012
**Balance Due:** $ 532.00

**Case #:** 111CV24LMB

**Case:** Estate of Zachary Snyder et al v. Steven Randall Julian
**Job #:** 108815 | **Job Date:** 2/6/2012 | **Delivery:** Normal
**Billing Atty:** John M Albright
**Location:** Missouri Attorney General
815 Olive Street | Old Post Office Building Suite 200 | St Louis, MO 6
**Sched Atty:** John M Albright | Moore Walsh & Albright LLP

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Greg McKinney | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 2 | Greg McKinney | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Greg McKinney | Exhibit - B/W | Per page | 26.00 | $0.40 | $10.40 |
| 4 | Greg McKinney | Jurat prep | 1 | 1.00 | $2.50 | $2.50 |
| 5 | Greg McKinney | Transcript - Original & 1 copy | Page | 106.00 | $3.60 | $381.60 |
| 6 | Greg McKinney | Attendance - Hourly | Hour | 4.00 | $30.00 | $120.00 |

**Notes:**

**Invoice Total:** $532.00
**Payment:**
**Credits:**

## Midwest Litigation Services
An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

**Bill To:** John M Albright
Moore Walsh & Albright LLP
433 N Main Street
PO Box 610
Poplar Bluff, MO 63901

**Invoice #:** STL147018
**Invoice Date:** 03/31/2012
**Balance Due:** $ 106.75

**Case #:** 111CV24LMB

**Case:** Estate of Zachary Snyder et al v. Steven Randall Julian
**Job #:** 112070 | **Job Date:** 3/15/2012 | **Delivery:** Normal
**Billing Atty:** John M Albright
**Location:** Moore Walsh & Albright LLP
433 N Main Street | Poplar Bluff, MO 63901

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Leslie Tyler | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 2 | Leslie Tyler | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Leslie Tyler | Transcript - copy/copies | Page | 51.00 | $1.75 | $89.25 |

**Notes:**

**Invoice Total:** $106.75
**Payment:**
**Credits:**
**Balance Due:** $106.75

Fed. Tax ID: 20-3132569     Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

# Midwest Litigation Services
An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

**Bill To:** John M Albright
Moore Walsh & Albright LLP
433 N Main Street
PO Box 610
Poplar Bluff, MO 63901

**Invoice #:** STL145881
**Invoice Date:** 03/16/2012
**Balance Due:** $ 196.50

**Case #:** 111CV24LMB

**Case:** Estate of Zachary Snyder et al v. Steven Randall Julian
**Job #:** 110565 | **Job Date:** 2/28/2012 | **Delivery:** Normal
**Billing Atty:** John M Albright
**Location:** Attorney General
221 W High Street | Broadway State Office Bldg | Jefferson City, MO
**Sched Atty:** John M Albright | Moore Walsh & Albright LLP

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Royce Hudson | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 2 | Royce Hudson | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Royce Hudson | Exhibit - B/W | Per page | 39.00 | $0.40 | $15.60 |
| 4 | Royce Hudson | Jurat prep | 1 | 1.00 | $2.50 | $2.50 |
| 5 | Royce Hudson | Transcript - Original & 1 copy | Page | 34.00 | $3.85 | $130.90 |
| 6 | Royce Hudson | Attendance - Hourly | Hour | 1.00 | $30.00 | $30.00 |

**Notes:**

**Invoice Total:** $196.50
**Payment:**
**Credits:**
**Balance Due:** $196.50